**Fricker & Mellen & Associates**
Timothy J. Fricker, Esq. 183309
James G. Mellen, Esq. 122035
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
TEL: 510.663.8484
FAX: 510.663.0639

**Attorneys for Plaintiff**

**Joseph E. Lambert, P.C.**
Joseph E. Lambert
AZ Bar No. 013923, Admitted Pro Hac Vice
Attorney at Law
Mesa Commerce Center
1930 S. Alma School Rd., Suite A-115
Mesa, AZ 85210
TEL: 480.755.0772
FAX: 480.755.0034

**P O R T E R  |  S C O T T**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Brandon A. Takahashi, SBN 248883
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LANDES, | CASE NO. C08-05382 JW PVT |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CHANGE THE DATE OF THE PRETRIAL CONFERENCE** |
| vs. | |
| INTEL CORPORATION'S LONG TERM DISABILITY PLAN, | |
| Defendant. / | |

**IT IS HEREBY STIPULATED,** by and between the parties of this action, plaintiff Jonathon Landes and Intel Corporations Long Term Disability Plan, through their attorneys of record, as follows:

1

**STIPULATION AND PROPOSED ORDER TO CHANGE DATE OF PRETRIAL CONFERENCE**

1. A pretrial Hearing has been set for October 26 2009;

2. Preliminary Pretrial Conference Statements are due to be filed no later than October 16, 2009.

3. Plaintiff's attorney is unavailable on October 26, 2009;

4. The Pretrial Hearing date shall be changed to October 19, 2009, and Pretrial Conference Statements shall be filed no later than October 9, 2009.

5. All other orders to remain in effect.

Dated: August 13, 2009

FRICKER & MELLEN & ASSOCIATES
Timothy J. Fricker
James G. Mellen

By:   /s/ Timothy J. Fricker
       Attorneys for Plaintiff

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Michael W. Pott

JOSEPH E. LAMBERT, P.C.
Joseph E. Lambert, Admitted Pro Hac Vice

By:   /s/ Joseph E. Lambert
       Attorneys for Defendant

**IT IS SO ORDERED**. All other dates remain unchanged. This Order finds as MOOT the parties previous stipulation (Docket Item No. 15)

Date: August 14, 2009     By: *[signature]*
       HONORABLE JAMES WARE
       UNITED STATES DISTRICT JUDGE
2

**STIPULATION AND PROPOSED ORDER TO CHANGE DATE OF PRETRIAL CONFERENCE**

**CERTIFICATE OF SERVICE**

     I hereby certify that, on August 13, 2009, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrants:

Joseph E. Lambert
Attorney at Law
Mesa Commerce Center
1930 South Alma School Road
Suite A-115
Mesa, AZ 85210
josephlambert@cox.net

Michael W. Pott
Brandon A. Takahashi
350 University Ave., Suite 200
Sacramento, California 95825
mpott@porterscott.com
btakahashi@porterscott.com

Attorneys for Defendants

     /s/ Timothy J. Fricker

---

3

**STIPULATION AND PROPOSED ORDER TO CHANGE DATE OF PRETRIAL CONFERENCE**