IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jonathan Landes, | NO. C 08-05382 JW |
|       Plaintiff,<br>  v. | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| Intel Corporation's Long Term Disability Plan, | |
|       Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on October 19, 2009. The parties submitted a Joint Case Management Statement. (Docket Item No. 18.) Based on the parties' submission, the Court finds that the October 19, 2009 Conference is not necessary at this time. Accordingly, the Court VACATES the October 19, 2009 Conference.[1] The Court will set a new Preliminary Pretrial Conference date, if necessary, in its Order addressing the parties' anticipated cross-motions for summary judgment. (See Joint Case Management Statement at 2.)

Dated: October 15, 2009

JAMES WARE
United States District Judge

---

[1] The Court therefore DENIES as moot the parties' Joint Motion for Telephonic Participation in Preliminary Pretrial Conference. (Docket Item No. 19.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Gerald Mellen jgmellen@hotmail.com
Joseph E. Lambert josephlambert@cox.net
Michael W. Pott mpott@porterscott.com
Timothy J. Fricker tjfricker@gmail.com

**Dated: October 15, 2009**              **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                       Elizabeth Garcia
                                                       Courtroom Deputy

**United States District Court**
For the Northern District of California