IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jonathan Landes, | NO. C 08-05382 JW |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| Intel Corp.'s Long Term Disability Plan, | |
|     Defendant. | |

Pursuant to the Court's January 20, 2010 Order Granting in part and Denying in part Cross-Motions for Summary Judgment; Remanding Case for Reconsideration, and the Court's August 9, 2010 Order Affirming Denial of Long-Term Disability Benefits; Denying Request for Reinstatement of Benefits, judgment is entered in favor of Defendant Intel Corp.'s Long Term Disability Plan against Plaintiff Jonathan Landes.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: August 9, 2010

                                            JAMES WARE
                                            United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Gerald Mellen jgmellen@hotmail.com
Joseph E. Lambert josephlambert@cox.net
Michael W. Pott mpott@porterscott.com
Timothy J. Fricker tjfricker@gmail.com

**Dated: August 9, 2010**                              **Richard W. Wieking, Clerk**

                                                                **By:     /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**